

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-19-00149-CV

**EX PARTE** Ruben **RIOS**

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-W-0521
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED September 11, 2019.

_____
Irene Rios, Justice